UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS MITCHELL,<br><br>            Petitioner,<br><br>     v.<br><br>RAUL MORALES, et al.,<br><br>            Respondents.<br>_____ | No.  2:24-cv-2819-SCR |
| LONNIE ORLANDO MITCHELL,<br><br>            Petitioner,<br>     v.<br><br>RAUL MORALES, et al.,<br><br>            Respondents. | No. 2:24-cv-2823-CKD<br><br>RELATED CASE ORDER |

   Petitioners in each of the above-captioned actions filed a notice of related cases in the respective case. Examination of these actions reveals that they are related within the meaning of Local Rule 123(a). Both actions appear to involve similar questions of fact and the same question of law. Accordingly, the Court finds that relating the cases is likely to effect a substantial savings of judicial effort. See E.D. Cal. L.R. 123(a).

////

The parties should be aware that relating cases under Local Rule 123 does not consolidate the actions. Under Local Rule 123, related cases are generally assigned to the judge to whom the first-filed action was assigned.

Accordingly, IT IS HEREBY ORDERED that:

1. Case No. 2:24-cv-2823-CKD is reassigned from Chief Magistrate Judge Carolyn K. Delaney to Magistrate Judge Sean C. Riordan. Henceforth, the caption on documents filed in the reassigned case shall be shown as No. 2:24-cv-2823-SCR.

2. The Clerk of the Court shall make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

DATE: December 5, 2024

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE