Law Offices of Beles & Beles
Robert J. Beles Bar no. 41993
Paul McCarthy Bar no. 139497
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorneys for *Petitioner*
LOUIS MITCHELL

United States District Court
for the Eastern District of California
Robert T. Matsui Federal Courthouse

| | |
|---|---|
| LOUIS MITCHELL,<br><br>    *Petitioner*,<br>vs.<br><br>MATTHEW ATCHLEY, Warden, Salinas Valley State Prison, Soledad, California,<br><br>    *Respondent*,<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    *Real Party in Interest*. | No. 2:24-cv-02819-DJC-SCR<br><br>PROPOSED ORDER SUBSTITUTING RESPONDENT WARDEN |

**PROPOSED ORDER SUBSTITUTING RESPONDENT WARDEN**

Good cause appearing, this court substitutes Patrick Covello, Warden, Mule Creek State Prison, as respondent in this matter, based on petitioner Louis Mitchell's transfer to Mule Creek State Prison.

Dated: Sacramento, California, March 3, 2025.

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE