1  Law Offices of Beles & Beles
   Robert J. Beles Bar no. 41993
2  Paul McCarthy Bar no. 139497
   One Kaiser Plaza, Suite 2300
3  Oakland, California 94612-3642
   Tel No. (510) 836-0100
4  Fax. No. (510) 832-3690

5  Attorneys for *Petitioner*
   LOUIS MITCHELL

6

7

8                     United States District Court
                   for the Eastern District of California
9                  Robert T. Matsui Federal Courthouse

10

11  LOUIS MITCHELL,                         No. 2:24-cv-02819-DJC-SCR

12                       *Petitioner*,       ORDER GRANTING EXTENSION OF
              vs.                            TIME TO FILE TRAVERSE AND REPLY
13                                           MEMORANDUM

14  MATTHEW ATCHLEY, Warden, Salinas
    Valley State Prison, Soledad, California,  *(unopposed)*

15                       *Respondent*,

16  PEOPLE OF THE STATE OF CALIFORNIA,

17                       *Real Party in
                          Interest*.
18

19
                        **ORDER GRANTING EXTENSION OF**
20            **TIME TO FILE TRAVERSE AND REPLY MEMORANDUM**

21       Good cause appearing, and the motion being unopposed, this court this court grants petitioner

22  Louis Mitchell a 30 day extension of time to file the traverse and reply memorandum, from Monday,

23  March 31, 2025, to and including Wednesday, April 30, 2025.  ECF No. 19.  The Clerk of Court shall

24  term the prior motions filed at ECF Nos. 16 and 18 as moot.

25  ///

26  ///

27  ///

28  ///

                Order Granting Extension of Time to File Traverse and Reply Memorandum

1   DATED:  April 1, 2025.

2

3

4                                                          _____
                                                           SEAN C. RIORDAN
5                                                          UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1              Order Granting Extension of Time to File Traverse and Reply Memorandum